AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

UNITED STATES OF AMERICA

v.

MARK ANTHONY YOUNG

)
)
)
)
)

Case No. 6:26-mj-00025-HBK

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall not operate a motor vehicle with any measurable amount of alcohol in his system;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; report to the USM Office in Fresno for processing by no later than Thursday, June 18, 2026 by 2:00 PM.

(5) The defendant must appear at:    U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
*Place*

9004 CASTLE CLIFF COURT, YOSEMITE, CA 95389

on    August 11, 2026 at 10:00 AM
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 6/17/2026

_____
*Defendant's signature*

Date: 6/17/2026

_____
*Judicial Officer's Signature*

Helena Barch-Kuchta, United States Magistrate Judge
*Printed name and title*

AO 199A (Rev. 12/11- EDCA [Fresno Version 2])  Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the

## Eastern  District of California

UNITED STATES OF AMERICA

v.

MARK ANTHONY YOUNG

)
)
)
)
)

Case No. 6:26-mj-00025-HBK

### ORDER SETTING CONDITIONS OF RELEASE
**(Misdemeanor)**

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall not operate a motor vehicle with any measurable amount of alcohol in his system;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; report to the USM Office in Fresno for processing by no later than Thursday, June 18, 2026 by 2:00 PM.

(5) The defendant must appear at:   U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

*Place*

9004 CASTLE CLIFF COURT, YOSEMITE, CA 95389

on                              August 11, 2026 at 10:00 AM

*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me.  I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information.  Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 6/17/2026

*Defendant's signature*

Date: 6/17/2026

*Judicial Officer's Signature*

Helena Barch-Kuchta, United States Magistrate Judge
*Printed name and title*